IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT L. JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 05-0389-WS-D |
| | ) |
| **LEVAN THOMAS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without prejudice**.

**DONE** and **ORDERED** this 30th day of September, 2005.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE